No. 04–8291. BELL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–8300. JACKSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–8313. ELIZONDO-RODRIGUEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–8327. GRIFFIN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 04–8333. McLEAN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–8336. TODD *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 04–8337. WASHINGTON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–8347. VEGA-COSME ET AL. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 04–8351. RUTHERFORD *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–8354. HARTLEY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–8366. REID *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–8375. VENTRICE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–8383. LEWIS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 04–8387. CLAY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–8388. STEWART *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–8393. ORIAKHI *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.